**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-02229-GPG
**(The above civil action number must appear on all future papers sent to the court in this action.   Failure to include this number may result in a delay in the consideration of your claims.**)

SAI,

  Plaintiff,

v.

TRANSPORTATION SECURITY ADMINISTRATION (TSA),

  Defendant.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

Plaintiff Sai currently resides in Wilmington, Delaware.   Plaintiff initiated this action by filing a Motion for CM/ECF Access for Case Initiation, ECF No. 1, in which he states in a footnote on page one that he intends to file a Freedom of Information Act (FOIA) claim.   The Court, therefore, will construe the Motion in part as a Complaint filed pursuant to the FOIA.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that the submitted documents are deficient as described in this Order. Plaintiff will be directed to cure the following if he wishes to pursue his claims.   Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

Furthermore, the Motion for CM/ECF Access for Case Initiation, ECF No. 1, will be denied as an improper request.   The proper form to register for ECF Account-Pro Se is

located on the United States District Court for the District of Colorado's website under

"E-Filing (ECF)."

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)   _X_   is not submitted
(2)   ___   is missing affidavit
(3)   _X_   is missing a certified prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   ___   is missing a certified account statement showing the current balance in Plaintiff's prison account is not certified
(5)   ___   is missing required financial information
(6)   ___   is signed but not dated by the prisoner
(7)   ___   is not on proper form (must use the Court's current form)
(8)   ___   names in caption do not match names in caption of complaint, petition or habeas application
(9)   ___   is missing a signed authorization to allow agency to disburse funds from inmate account
(10)  _X_   other: In the alternative, Plaintiff may prepay the $400 filing fee in full.

**Complaint, Petition or Application**:
(11)  ___   is not submitted
(12)  _X_   is not on proper form (must use the Court's current form used in filing a prisoner complaint)
(13)  ___   is missing an original signature by the prisoner
(14)  ___   is missing page nos. ____
(15)  ___   uses et al. instead of listing all parties in caption
(16)  ___   names in caption do not match names in text
(17)  ___   other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**.   Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.   It is

FURTHER ORDERED that Plaintiff shall obtain the current Court-approved forms used in filing a Complaint and a Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. § 1915, along with the applicable instructions, at www.cod.uscourts.gov to be used in curing deficiencies.   It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.   It is

FURTHER ORDERED that the Motion for CM/ECF Access for Case Initiation, ECF No. 1, is denied as improperly filed.

DATED October 9, 2015, at Denver, Colorado.

BY THE COURT:

s/Gordon P. Gallagher
United States Magistrate Judge

Case 1:15-cv-02229-LTB   Document 3   Filed 10/09/15   USDC Colorado   Page 3 of 3